UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

TRUSTEES of the INTERNATIONAL UNION
OF OPERATING ENGINEERS LOCAL 4 HEALTH
AND WELFARE, PENSION, and ANNUITY FUNDS,
and of the HOISTING AND PORTABLE ENGINEERS
LOCAL 4 APPRENTICE AND TRAINING FUNDS and
INTERNATIONAL UNION OF OPERATING
ENGINEERS, LOCAL 4,
      Plaintiffs

vs.

BOSTON EQUIPMENT & SUPPLY COMPANY, INC.,
      Defendant

and

SOUTHERN NEW HAMPSHIRE BANK & TRUST CO.,
      Trustee

C.A. No. 05-11423 JLT

---

### AFFIDAVIT OF JAMES BUCCI

1.    My name is James Bucci. I am the Field Agent for the International Union of Operating Engineers Employee Benefit Funds ("Funds"). In my capacity as Field Agent, I audit the books and records of, and collect fringe benefit contributions owed by, contractors that are signatory to collective bargaining agreements with the International Union of Operating Engineers Local 4 ("Union").

2.    On or about September 1, 2003, defendant Boston Equipment & Supply Company, Inc. ("BESCO") became signatory to a collective bargaining agreement with the International Union of Operating Engineers Local 4, effective through August 31, 2007. A copy of BESCO's signed agreement is attached to the Complaint as Exhibit A.

3. The Agreement requires BESCO to make contributions to Plaintiff Funds for each payroll hour for each person covered by the Agreement.

4. Pursuant to the Agreement, employers are also obligated to deduct and remit a negotiated percentage of the gross wage package, before taxes, for union dues and to contribute a negotiated amount to the Union's Social Action Committee ("SAC").

5. BESCO had initially failed to submit remittance reports and pay monthly contributions to the Funds for the months of May through December, 2004.

6. By first class mail and certified letters dated January 6, 2005, the Funds' attorney sought payment of delinquent contributions and interest, along with copies of remittance reports for the delinquent months.

7. BESCO thereafter submitted its reports for the period May through December, 2004. Based on that submission, the Funds determined that BESCO owed $48,300.13 in delinquent fringe benefit contributions, $2,410.64 in dues, and $374.00 in SAC contributions through December, 2004.

8. By letter dated February 10, 2005, the Funds sought payment of $53,284.79, representing these unpaid contributions, together with interest owed through the end of February, 2005, dues, and SAC contributions.

9. BESCO failed to make these payments, and although it paid the contributions owed for January and February, 2005, BESCO has since accrued a new as yet unliquidated liability for the period March through June, 2005.

10. If the $48,300.13 in unpaid fringe benefit contributions, $2,410.64 in dues, and $374.00 in SAC contributions owed by BESCO through December, 2004 is paid by the end of

July, 2005, BESCO would owe the Funds $5,444.18 in interest thereon. Liquidated damages of at least $5,444.18 are also due under the terms of the collective bargaining agreement.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 8th DAY OF AUGUST, 2005.

_____
James Bucci

GAG/gag&ts
ARS 3118 04-566/affbucci.doc

3