Rec'd 9/6/05

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**TRUSTEE WRIT** Trustees of the I.U.O.E. Local 4 Health and Welfare Fund, et al , Plaintiff(s)

Case No. 05-11423 JLT

V.

Boston Equipment & Supply Company, Inc., Defendant(s)

Southern New Hampshire Bank & Trust Co. , Trustee

### SUMMONS TO TRUSTEE

To the above-named Trustee:

You are hereby summoned and required to file, within 20 days after service of this summons upon you, exclusive of the day of service, a disclosure under oath of what goods effects or credits, if any, of the defendant Boston Equipment & Supply Company, Inc. of 142 Main Street, Salem, NH 03079 , are in your hands or possession at the time of the service of this summons upon you which may be taken on execution issued upon such judgment, if any, as the plaintiff, I.U.O.E., Local 4 Trust Funds of P.O. Box #4, Lexington, MA 02420 , whose attorney is Gregory A. Geiman , of Segal, Roitman & Coleman, 11 Beacon St., Suite #500, Boston, MA 02108 may recover in an action brought against the said defendant in this Court to the value of $63,622.13 (the amount authorized). Such goods, effects or credits are hereby attached. If you do not do so, judgment by default will be taken against you and you will be adjudged trustee as alleged.

The complaint in this case was filed on July 7, 2005 . This attachment was approved on by Hon. Joseph L. Tauro , in the amount of $ 63,622.13 .

If the credits of the said defendant which are in your hands or possession include wages for personal labor or personal services of said defendant, you are hereby notified that an amount not exceeding $125.00 per week of such wages are exempt from this attachment and you are directed to pay over such exempted amount to said defendant in the same manner and at the same time as each such amount would have been paid if this attachment had not been made.

If the said credits include a pension payable to said defendant which is not otherwise exempt by law from attachment, you are hereby notified that an amount not exceeding $100.00 for each week which has elapsed since the last preceding payment under such pension was payable to said defendant, and $100.00 per week hereafter, are exempt from this attachment and you are directed to pay over such exempted amounts to said defendant in the same manner and at the same time as each such amount would have been paid if this attachment had not been made.

If you are a trust company, savings bank, cooperative bank, credit union, national banking association, or any other banking institution doing business in the Commonwealth, and if the credits of the said defendant in your hands include an account or accounts in the name of any natural person, you are hereby notified that pursuant to Massachusetts General Laws, c.246, Section 28A, $500.00 owned by the said defendant (if a natural person) are exempt from this attachment (a joint account to be treated for this purpose as if each depositor owned one-half of the amount thereof). No business, trust, or organization shall be entitled to this exemption, and no natural person shall be entitled to more than a $500.00 exemption at any one time.

Dated this 29th day of August, 2005

SARAH A. THORNTON
CLERK OF COURT

By: _Rita Lovett_
Deputy Clerk

(Trustee Writ- Summons.wpd - 3/7/2005)



SOUTHERN
NEW HAMPSHIRE
BANK and Trust Co.

Directors:
William P. DeLuca, Jr., *Chairman*
Kathleen M. DeLuca
William P. DeLuca, III
Robert J. Drew
Paul E. Finn
Arthur P. Klemm, Jr.
John R. Niceforo, MD
Harry R. Shea
William E. Stone
Paul F. Surprenant

Member FDIC

September 12, 2005

John Joseph Moakley
U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

RE:   Case No. 05-11423 JLT

Dear Sir or Madam:

A hold has been placed on all related goods, effects or credits, on the defendant Boston Equipment & Supply Company, Inc. per the Summons to Trustee dated August 29, 2005 and served upon Southern New Hampshire Bank and Trust Company on September 6, 2005. The balance of all related accounts at the time of service was $82.71.

Please notify me of further action needed.

Sincerely,

Larissa C. Sandberg
AVP, Controller
Southern NH Bank & Trust

*Copy to:*
Boston Equipment & Supply Co. Inc.
142 Main Street
Salem, NH 03079

Gregory A. Geiman
Segal, Roitman & Coleman
11 Beacon St., Suite 500
Boston, MA 02108

31 Pelham Road          58 Range Road          177 South River Road    295 Main Street         1-A Action Boulevard    12 Haverhill Street     1589 Elm Street
P.O. Box 29             P.O. Box 840           Bedford, NH 03110       Nashua, NH 03060        Londonderry, NH 03053   Andover, MA 01810       Manchester, NH 03101
Salem, NH 03079         Windham, NH 03087      Fax: 603-621-4104       Fax: 603-598-1817       Fax: 603-432-5461       Fax: 978-470-8152       Fax: 603-623-5862
Fax: 603-894-5757       Fax: 603-890-1699      Tel: 603-621-4100       Tel: 603-598-8800       Tel: 603-434-6066       Tel: 978-749-9711       Tel: 603-624-6676
Tel: 603-894-5700       Tel: 603-890-1600