UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**TRUSTEE WRIT**    Trustees of the I.U.O.E. Local 4 Health    Case No. 05-11423 JLT
and Welfare Fund, et al _____, Plaintiff(s)

V.

Boston Equipment & Supply Company, Inc., Defendant(s)

Southern New Hampshire Bank
& Trust Co. _____, Trustee

## SUMMONS TO TRUSTEE

To the above-named Trustee:

You are hereby summoned and required to file, within 20 days after service of this summons upon you, exclusive of the day of service, a disclosure under oath of what goods effects or credits, if any, of the defendant Boston Equipment & Supply Company, Inc. of 142 Main Street, Salem, NH 03079 _____, are in your hands or possession at the time of the service of this summons upon you which may be taken on execution issued upon such judgment, if any, as the plaintiff, I.U.O.E., Local 4 Trust Funds of P.O. Box #4, Lexington, MA 02420 _____, whose attorney is Gregory A. Geiman _____, of Segal, Roitman Coleman, 11 Beacon St., Suite #500, Boston, MA 02108 _____ may recover in an action brought against the said defendant in this Court to the value of $63,622.13 _____ (the amount authorized). Such goods, effects or credits are hereby attached. If you do not do so, judgment by default will be taken against you and you will be adjudged trustee as alleged.

The complaint in this case was filed on July 7, 2005 _____. This attachment was approved on _____ by Hon. Joseph L. Tauro _____, in the amount of $63,622.13 _____.

If the credits of the said defendant which are in your hands or possession include wages for personal labor or personal services of said defendant, you are hereby notified that an amount not exceeding $125.00 per week of such wages are exempt from this attachment and you are directed to pay over such exempted amount to said defendant in the same manner and at the same time as each such amount would have been paid if this attachment had not been made.

If the said credits include a pension payable to said defendant which is not otherwise exempt by law from attachment, you are hereby notified that an amount not exceeding $100.00 for each week which has elapsed since the last preceding payment under such pension was payable to said defendant, and $100.00 per week hereafter, are exempt from this attachment and you are directed to pay over such exempted amounts to said defendant in the same manner and at the same time as each such amount would have been paid if this attachment had not been made.

If you are a trust company, savings bank, cooperative bank, credit union, national banking association, or any other banking institution doing business in the Commonwealth, and if the credits of the said defendant in your hands include an account or accounts in the name of any natural person, you are hereby notified that pursuant to Massachusetts General Laws, c.246, Section 28A, $500.00 owned by the said defendant (if a natural person) are exempt from this attachment (a joint account to be treated for this purpose as if each depositor owned one-half of the amount thereof). No business, trust, or organization shall be entitled to this exemption, and no natural person shall be entitled to more than a $500.00 exemption at any one time.

Dated this 25th day of August, 2005

SARAH A. THORNTON
CLERK OF COURT

By: _____
Deputy Clerk

(Trustee Writ- Summons.wpd - 3/7/2005)

Affidavit of Service

I __Robert P Savoie__ hereby say that I am a citizen of the United States, am over eighteen years of age, am not a party to this action.

ON __9/6/05__ 200_5_ @ __10:15 am__ (am)/pm

I served- __Southern NH Bank__

BY SERVING: __Michelle Cain__

WHO IS: __Asst: V.P.__

AT: __31 Pelham Road Salem NH 03079__

With the Following Documents __Summons to Trustee__

_____
Process Server

Subscribed and Sworn to before me this
__6th__ day of __September__ 2005

__Theresa A Savoie__
Notary Public

THERESA ANN SAVOIE, Notary Public
My Commission Expires April 21, 2009