AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

─────── DISTRICT OF ───────

TRUSTEES of the INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE, PENSION, and ANNUITY FUNDS, and of the HOISTING AND PORTABLE ENGINEERS LOCAL 4 APPRENTICE AND TRAINING FUNDS and INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 4,
                Plaintiffs
                V.

Boston Equipment & Supply Company, Inc.
                Defendant

                and

Southern New Hampshire Bank & Trust Co.,
                Trustee

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

## 05 11423 JLT

TO: (Name and address of defendant)
    Boston Equipment & Supply Company, Inc.
    142 Main Street
    Salem, NH  03079

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)
    Anne R. Sills, Esquire
    Segal, Roitman & Coleman
    11 Beacon Street
    Suite #500
    Boston, MA  02108

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**SARAH A. THORNTON**

CLERK

(BY) DEPUTY CLERK

JUL 0 7 2005
DATE

# Rockingham County Sheriff's Office
## CERTIFICATE OF SERVICE

Court
County of Rockingham State of New Hampshire

| | |
|---|---|
| Trustees of the International Union of O<br><br>vs.<br><br>Boston Equipment & Supply Company, Inc | Docket Number: 0511423JLT<br>Sheriff File Number: 05011162 |

I, Deputy Sheriff Matt Caracciolo, Badge # 31 of the Rockingham County Sheriff's Department, Rockingham County, New Hampshire, certify and affirm that on 11/16/2005 at approximately 09:10 am, at 142 Main St, Salem, NH 03079 served the within OOS Summons&Complaint upon Boston Equipment & Supply Company, Inc, the defendant named herein, in the following manner.

PERSONAL SERVICE

By delivering to and leaving with Dennis Grant for Boston Equipment & Supply Company, Inc personally a true copy thereof, said person being known or identified to me as the person mentioned and described therein

Dated: November 16, 2005

Matt Caracciolo
Deputy Sheriff

31
Badge Number