# Craven Law Firm

Attorneys At Law

November 30, 2005

Ann R. Sills, Esquire
Segal, Roitman & Coleman
11 Beacon Street, Suite 500
Boston, MA 02108

Re:    Trustees of the International Union of Operating Engineers Local 4 Health and Welfare,
       Pension, and Annuities Funds and the Hoisting and Portable Engineers Local 4
       Apprentice and Training Funds and International Union of Operating Engineers, Local 4
       v. Boston Equipment & Supply Company, Inc., et al.,
       Civil Case No. 05-11423-JLT

Dear Attorney Sills:

       Please be advised that this office represents Boston Equipment & Supply Company, Inc.
with respect to a Chapter 11 Bankruptcy, which was filed on June 29, 2005 with the United
States Bankruptcy Court for the District of New Hampshire (case number 05-12593-MWV).

       As a result of the bankruptcy filing, the above-captioned action for collection of amounts
due arising prior to the filing is stayed and cannot proceed against Boston Equipment & Supply
Company, Inc. The Debtor has listed the Union as an unsecured priority claim in its bankruptcy
schedules. If you would like copies of the bankruptcy filings, please let me know. Please advise
the United States District Court for the District of Massachusetts accordingly.

       Please contact me if you have any questions or concerns. Thank you.

                                        Sincerely,

                                        Jason M. Craven

JMC:law

cc:    Boston Equipment & Supply Company, Inc.
       Sarah A. Thornton, Clerk, U.S. District Court for the District of Massachusetts

799 Mammoth Road, Manchester, NH 03104
Ph 603-296-0800    Fax 603-626-0046
jmcraven@cravenlawfirm.com
Craven Law Firm is a registered trade name of Jason M. Craven, PLLC