UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TRUSTEES OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE, PENSION, AND ANNUITY FUNDS AND OF THE HOISTING AND PORTABLE ENGINEERS LOCAL 4 APPRENTICE AND TRAINING FUNDS and INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 4,<br><br>Plaintiffs,<br><br>v.<br><br>BOSTON EQUIPMENT & SUPPLY COMPANY, INC., SOUTHERN NEW HAMPSHIRE BANK & TRUST CO., AND SOUTHERN NEW HAMPSHIRE BANK & TRUST CO.,<br><br>Defendants. | Civil Action No. 05-11423-JLT |

ORDER

July 30, 2007

TAURO, J.

By August 6, 2007, Parties are ordered to file status reports on the posture of the case, the status of the related bankruptcy proceedings, and the party's positions on whether this case should remain active on the court's docket.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge