UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TRUSTEES of the INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE, PENSION, and ANNUITY FUNDS, and of the HOISTING AND PORTABLE ENGINEERS LOCAL 4 APPRENTICE AND TRAINING FUNDS and INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 4,<br>    Plaintiffs<br><br>vs.<br><br>BOSTON EQUIPMENT & SUPPLY COMPANY, INC.,<br>    Defendant<br><br>and<br><br>SOUTHERN NEW HAMPSHIRE BANK & TRUST CO.,<br>    Trustee | C.A. No. 05-11423 JLT |

## PLAINTIFFS' STATUS REPORT

Plaintiffs hereby advise the Court that this case need no longer remain active on the Court's docket.  The Bankruptcy Court has approved the Plan of Reorganization proposed by defendant Boston Equipment & Supply Company, Inc. in In re:  Boston Equipment & Supply Co., Inc., USBC-NH, Chapter 11, Case No. 05-12593-MWV, which provides for payment to plaintiffs of the delinquent fringe benefit contributions sought in this action.

                Respectfully submitted,

                TRUSTEES of the INTERNATIONAL
                UNION OF OPERATING ENGINEERS
                LOCAL 4 HEALTH AND WELFARE
                FUND, *et al.*,

By their attorneys,

/s/ Anne R. Sills
Anne R. Sills, Esquire
BBO #546576
Gregory A. Geiman, Esquire
BBO #655207
Segal, Roitman & Coleman
11 Beacon Street
Suite #500
Boston, MA  02108
(617) 742-0208
asills@segalroitman.com

Dated:  August 7, 2007

## CERTIFICATE OF SERVICE

This is tocertify that a copy of the above Plaintiffs' Status Report has been served by first class mail upon the Defendant, Boston Equipment & Supply Company, Inc. at 142 Main Street, Salem, NH  03079 and Trustee, Southern New Hampshire Bank & Trust Co. at 31 Pelham Road, Salem, NH  03079 this 7th day of August, 2007.

/s/ Anne R. Sills
Anne R. Sills, Esquire

ARS/ars&ts
3118 04-566/status-report.doc

2